UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 26-cv-20183-RKA

BARBARA GORDON,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT

Plaintiff, BARBARA GORDON, by and through undersigned counsel, hereby moves this honorable Court for an Extension of Time to File the Joint Scheduling Report, and in support thereof states as follows:

1. This matter arises from personal injuries Plaintiff allegedly suffered while a passenger aboard Defendant's vessel.

2. On January 12, 2026, Plaintiff filed her Complaint [D.E. 1].

3. On February 11, 2026, a Return of Service was filed for Defendant. [D.E. 4].

4. The Defendant was served on February 9, 2026. The Defendant's appearance and/or response is due on or before March 2, 2026.

5. On February 12, 2026, this Court entered its Order Requiring Scheduling Report and Certificates of Interested Parties requiring the filing of a Joint Scheduling Report "By February 27, 2026". [D.E. 5].

6. The Plaintiff respectfully requests a twenty-one (21) day extension from February 27, 2026, to await the appearance of counsel for Defendant.  A brief extension of time will

7. allow all parties to meet and confer, file a Joint Scheduling Report to give the Defendants time to answer and appear.

7. The new deadline to meet, confer, and file the Joint Scheduling Report would be Friday, March 20, 2026.

8. This request is not for the purpose of delay and neither Party will be prejudiced by the granting of this brief extension of time.

WHEREFORE, the Plaintiff respectfully request that this Court grant the brief extension of time to file the Joint Scheduling Report.

> Respectfully submitted,
>
> LIPCON, MARGULIES
> & WINKLEMAN, P.A.
> *Attorneys for Plaintiff*
> 2800 Ponce de Leon Blvd., Suite 1480
> Coral Gables, Florida 33134
> Telephone No.: (305) 373-3016
> Facsimile No.: (305) 373-6204
>
> By:  */s/ Elizabeth Irazabal*
> **JACQUELINE GARCELL LEWIS**
> Florida Bar No. 104358
> jgarcell@lipcon.com
> **ELIZABETH IRAZABAL**
> Florida Bar No. 1010997
> eirazabal@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

             By: */s/ Elizabeth Irazabal*
                **ELIZABETH IRAZABAL**

**SERVICE LIST**
*Gordon v. NCL (Bahamas) Ltd.*
Case No. 26-cv-20183-RKA

**Jacqueline Garcell, Esq.**
jgarcell@lipcon.com
**Elizabeth Irazabal, Esq.**
eirazabal@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce de Leon Blvd, Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*